1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY AARON ERICKSON,

11          Petitioner,                 No. CIV S-03-2595 LKK CMK P

12       vs.

13   DIANA BUTLER, Warden, et al.,

14          Respondents.               ORDER

15   _____/

16          On April 25, 2006, petitioner submitted a notice of change of address.  That

17   document was not served on respondent.  Petitioner is advised that every document submitted to

18   the court for consideration must be served on respondent.  Fed. R. Civ. P. 5; Rule 11, Fed. R.

19   Governing § 2254 Cases.  Documents not to be served electronically are usually served by

20   placing a copy in the U.S. Mail.  If an attorney has filed a document with the court on behalf of

21   respondent, then documents submitted by petitioner must be served on that attorney and not on

22   the respondent himself.  Every document submitted conventionally to the court (e.g., by a

23   prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the

24   document was mailed to respondent or his attorney and the address to which it was mailed.  See

25   Local Rule 5-135(b) and (c).

26   /////

                                          1

1    Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of

2  this order petitioner shall serve a copy of his April 25, 2006 notice of change of address and file

3  proper proof of said service.  Petitioner is cautioned that failure to comply with this order may

4  result in imposition of sanctions.

5

6  DATED:   May 25, 2006.

7

8                                              CRAIG M. KELLISON

9                                              UNITED STATES MAGISTRATE JUDGE

   /bb

10  eric 03cv2595.135a

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2