IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. ERIKSON,

    Petitioner,                    No. CIV S-03-2595 LKK CMK P

    vs.

DIANE BUTLER, Warden, et al.,

    Respondents.

_____/        ORDER

        Petitioner has requested a thirty day extension to respond to the findings and recommendations issued in this action. Good cause appearing, petitioner is granted a thirty day extension from the date this order is filed.

        IT IS SO ORDERED.

DATED: November 8, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE