IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. ERICKSON,                    No. CIV S-03-2595-LKK-CMK-P

    Petitioner,

  vs.                                           ORDER

JULIO VALDEZ, et al.,

    Respondents.

                            /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 24).

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253©; Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.

1 | 22(b); but see Woods v. Carey, 525 F.3d 886 (9th Cir. 2008) (citing White v. Lambert, 370 F.3d
2 | 1002, 1010 (9th Cir. 2004), and suggesting that a certificate of appealability is not required in
3 | cases where petitioner challenges the denial of parole).  For the reasons set forth in the
4 | Magistrate Judge's October 24, 2006, findings and recommendations, petitioner has not made a
5 | substantial showing of the denial of a constitutional right.

    Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability (Doc. 24) is denied.

DATED: September 2, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2